# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GLORIA ROBERTSON WIGGINS | CIVIL ACTION |
| VERSUS | 19-731-SDD-EWD |
| LOUISIANA STATE UNIVERSITY - HEALTH CARE SERVICES DIVISION, ET AL. | |

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated November 25, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this action is hereby DISMISSED WITHOUT PREJUDICE for lack of federal subject matter jurisdiction.

Signed in Baton Rouge, Louisiana the 17 day of December, 2019.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.